UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                         Chapter 7

    DAVID RUSI                                                       Case No. 23-40150-jmm

                          Debtor.
------------------------------------------------------------X

SHEET METAL WORKERS' NATIONAL PENSION
FUND, INTERNATIONAL TRAINING INSTITUTE
FOR THE SHEET METAL AND AIR CONDITIONING         Adversary Case No. 1-23-01088-jmm
INDUSTRY, SHEET METAL OCCUPATIONAL
HEALTH INSTITUTE TRUST, NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE, and
NATIONAL STABILIZATION AGREEMENT OF THE
SHEET METAL INDUSTRY TRUST FUND,

                        Plaintiffs,

    v.

DAVID RUSI,

                       Defendant.
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on the 18$^h$ day of October, 2023, I caused to be mailed copies of the following: (1) Summons and Notice of Pretrial Conference in an Adversary Proceeding; and (2) Adversary Proceeding Verifid Complaint Objecting to Debtor's Dischargeability of Debt together with Civil Cover Sheet by depositing the same in the United States mail, postage paid and addressed to the following individuals:

{B0298442.1}

Mr. David Rusi
177 Benedict Road
Staten Island, New York  10304

Bruce J. Wisotsky, Esq.
Norris McLaughlin, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey  00807

U.S. Trustee
Office of the United States Trustee
Eastern District of New York
(Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, New York 10004

Melissa A. Pena, Esq.
Norris McLaughlin, P.A.
7 Times Square
New York, New York  10036

David J. Doyaga, Bankruptcy
Trustee
26 Court Street, Suite 1803
Brooklyn, New York  11242

Dated: October 19, 2023

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, Esq.
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone:  (315) 422-7111
Facsimile: (315) 471-2623
E-mail:  jaclark@bklawyers.com

{B0298442.1}

2