# JOHN J. MACRON
Attorney & Counselor-At- Law
491 Bard Avenue
Staten Island, NY 10310
718-889-3583

<u>*Via Ecf*</u>

March 29, 2025

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re:   Sheet Metal Workers v David Rusi
      Adv Proc. No.: 1-23-01088-jmm

Dear Judge Mazer-Marino:

I represent the Defendant in the referenced action

Per direction received in response to my application, I am filing this letter to inform the Court, on consent, of the extension of Defendant's comments and/or statements regarding Doc. 37-1 (Plaintiffs' Exhibit BF) and Plaintiffs' reply to these comments and/or statements are extended by 5 days, i.e., April 2, 2025 for Defendant and April 9, 2025 for Plaintiffs.

Respectfully,

/s/ *John J. Macron*

John J. Macron

cc:   Heather S. Mooneyham, Esq.
      J. Logan Rappaport, Esq.